IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Fred B Goldman<br>Annamarie C Goldman<br><br>Debtors | ) ) ) ) ) ) ) | Case No. 13-03841<br><br>Chapter 13<br><br>Judge:  A. Benjamin Goldgar |

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtors on January 31, 2013
(as modified by the amended plan filed on April 18, 2013)
having been found by the court to comply with the provisions of 11 U.S.C. Section 1325;

THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation.

ENTERED: _____17 MAY 2013_____    JUDGE: _____

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888